IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3223 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LUIS CARLOS ORONA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes on to consider the government's oral request for hearing on Rule 35(b) motion.  Having considered the matter,

IT IS ORDERED that:

(1)     The government's oral request for hearing on Rule 35(b) motion is granted;

(2)     A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 43) has been set before the undersigned United States district judge at 4:00 p.m., Wednesday, September 14, 2005, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  **The United States Marshal  is directed to return the defendant to the district for the hearing.**

September 8, 2005.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge