IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | 4:02CR3223 |
| vs. ) | |
| ) | |
| LUIS CARLOS ORONA, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

Before the Court is the Request for Transcript of Hearing Held on 9/14/05 [46].

IT IS ORDERED:

The Request for Transcript [51] filed by Robert A. Ratliff, is granted.

If the request for transcript was filed by a non-party, the clerk's office is directed to mail a copy of this order to the party requesting the transcript.

Dated February 10, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge